

**FILED**
DEC 29 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
_____ Deputy

NOV 22 2005

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARNOLD WILLIAMS,<br><br>Defendant. | NO. A01-0177 CR (JKS)<br><br>**ORDER WAIVING INTEREST *NUNC PRO TUNC* TO July 3, 2002** |

On consideration of the defendant's request for an order waiving interest on this court's restitution order *nunc pro tunc* to July 3, 2002;

It is hereby ordered:

The request is GRANTED. Pursuant to 18 U.S.C. § 3612(f)(3)(A), interest on the restitution order in this case is waived NUNC PRO TUNC to July 3, 2002.

DATED this 28 day of ~~November~~ December 2005.

/s/ James K. Singleton
JAMES K. SINGLETON
U.S. DISTRICT JUDGE

A01-0177--CR (JKS)
--------------------
S. TATTER (FPD)
T. BURGESS (US ATTY)     12-29-05
US MARSHAL
US PROBATION
FINANCE
MAGISTRATE JUDGE ROBERTS
PLU
def w/cnsls cy

52