PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

    v.                              Case No.    A01-0177-01 CR (JKS)

Arnold Williams

    It appearing that the above-named has a period of supervised release which expired on February 19, 2006. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

                                                          Respectfully submitted,

                                                          Mary Frances Barnes
                                                          U.S. Probation/Pretrial Services
                                                          Officer

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____24th_____ day of _____February_____, 20_06_.

                                              for James K. Singleton
                                                Senior U.S. District Court Judge

UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE - DISTRICT OF ALASKA

# MEMORANDUM

**DATE:** February 21, 2006

**REPLY TO ATTN OF:** Mary Frances Barnes  
U.S. Probation/Pretrial Services Officer

**SUBJECT:** **Arnold Williams**  
**A01-0177-01CR (JKS)**  
**Termination of Supervision**  
**Special Report**

**TO:** The Honorable James K. Singleton  
Senior U.S. District Court Judge

**CC:**

Arnold Williams was convicted on July 2, 2002, of Making a False Distress Call, and was sentenced to five months imprisonment, three years supervised release, and ordered to pay restitution of $40,242. This case involved the defendant making a distress call to the U.S. Coast Guard who then spent thousands of dollars in rescue efforts.

At the time of the offense Williams was depressed, drinking alcohol heavily, and had suicidal ideations.. During the period of supervision, Williams submitted to a mental health assessment and drug testing. It was determined that Williams was not in need of any mental health or drug treatment. All drug tests returned negative.

Williams maintained a residence in a trailer next to his mother's house in Yakutat. All reports from the community indicate that Williams "cleaned himself up." There were no reports of drinking alcohol, violations of the law, or drug use. The police chief advised the probation officer that Williams was involved in helping the youth in the community. Williams always responded and cooperated with the probation officer.

Work was very irregular for Williams in Yakutat and he subsequently made minimal payments on the restitution order. Close to the end of supervision, the Court waived interest and the balance on the principal fine was $36,782.