DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>         Plaintiff,             )<br>                                )<br>   vs.                          )<br>                                )<br> ARNOLD WILLIAMS,               )<br>                                )<br>         Defendant.             )<br>_____)<br> STATE OF ALASKA        )      )<br>                        ) ss.<br> THIRD JUDICIAL DISTRICT ) | Case No. 3:01-CR-00177(JKS)<br><br>APPLICATION AND AFFIDAVIT FOR<br>ISSUANCE OF WRIT OF EXECUTION<br>ON PERMANENT FUND DIVIDEND |

I, RICHARD L. POMEROY, hereby state on oath:

1.  Judgment for $40,341.00 was imposed on July 2, 2002, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against ARNOLD WILLIAMS as judgment debtor.

2.  I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

3.  The judgment debtor was represented by counsel.

4.  The judgment entered is not a default judgment.

5.   ACCRUED since the entry of judgment are the following sums:

    $0.00    accrued interest, computed at 0%.

    $195.00   accrued costs.

6.   CREDIT must be given for payments and partial satisfaction in the total amount of:

    $3,958.76   which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

7.   $36,577.24   ACTUALLY DUE on June 9, 2006. Of this total, $36,382.24 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

8.   The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9.   The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10.  This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to **100%** of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

//

U.S. vs. ARNOLD WILLIAMS
Case No.: 3:01-CR-00177(JKS)

DATED this 16th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 16th day of June, 2006, at Anchorage, Alaska.

NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/08

U.S. VS. ARNOLD WILLIAMS
Case No.: 3:01-CR-00177(JKS)

3