IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ARNOLD WILLIAMS,<br><br>            Defendant. | Case No. 3:01-cr-177-JKS<br><br>PROPOSED<br>ORDER TO RELEASE PFD FUNDS |

   Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

   The attached funds, in the amount of $1,104.96 be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

   IT IS SO ORDERED.


DATED:_____                          _____
                                                JAMES K. SINGLETON
                                                JUDGE U.S. DISTRICT COURT