IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:01-cr-00177-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TO RELEASE PFD FUNDS |
| | ) | |
| ARNOLD WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff's motion to release the attached Permanent Fund
Dividend is hereby GRANTED.

    The attached funds, in the amount of $1,652.00, shall be released
from the Registry by the Clerk of Court and deposited into U.S.
Treasury Account 0022-6855XX as payment toward defendant's
restitution.

    IT IS SO ORDERED.


DATED: 1/9/2008                        /s/ JOHN W. SEDWICK
                                    for JAMES K. SINGLETON, JR.
                                    U.S. DISTRICT COURT JUDGE